# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Cintia Garcia ) | |
| ) | |
| Appellant, ) | |
| ) | Case No. 23 C 2254 |
| v. ) | |
| ) | Hon. Martha M. Pacold |
| The Bank of New York Mellon, et al., ) | |
| ) | |
| Appellees. ) | |

## ORDER

Appellant has failed to respond to the court's order directing her to show cause why the appeal should not be dismissed, [8]. The appeal is thus dismissed both for a failure to comply with the court order and because the appellant has not designated the record as required by Bankruptcy Rule 8009(a). Enter final judgment. Bankruptcy appeal terminated. The Clerk of Court is directed to forward a copy of this order to the Bankruptcy court and mail a copy of this order to the appellant: Cintia Garcia, 2728 W. Belden Ave, Chicago, IL 60647.

Date: June 5, 2023               /s/ Martha M. Pacold